IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00967-STV

DERY SOTO FERNANDEZ,

     Petitioner,

v.

DAWN CEJA; *et al*,

     Respondents.

---

## ORDER TO SHOW CAUSE

---

Chief Magistrate Judge Scott T. Varholak

An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Petitioner, challenging her detention at an immigration facility in Aurora, Colorado. Upon reading the application, good cause appears.

Accordingly, it is

**ORDERED** that Respondents show cause **within thirty (30) days from the date of this Order** why the Application for a writ of habeas corpus should not be granted. It is

**FURTHER ORDERED** that **within thirty (30) days of Respondents' answer to this Order to Show Cause**, Petitioner may file a reply. It is

**FURTHER ORDERED** that, pursuant to D.C.COLO.LCivR 72.2(d), the parties shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, **on or before April 10, 2026.**

DATED: March 11, 2026                    BY THE COURT:


                                         s/Scott T. Varholak_____
                                         Chief United States Magistrate Judge